**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI**

FELISTER MWANGI )
    Plaintiff )
     )
VS. )
     ) Case No. 4:26-cv-486
     )
MISSOURI BAPTIST )
MEDICAL CENTER, )
And BJC HEALTH SYSTEM )
d/b/a BJC HEALTHCARE )
    Defendants ) JURY TRIAL DEMANDED

## COMPLAINT

PLAINTIFF, by counsel, sets forth her Complaint against Defendants as follows:

1. This action is brought pursuant to the Civil Rights Act of 1964.

2. The events giving rise to this action occurred in the Eastern District of Missouri.

3. Defendant Missouri Baptist Medical Center is a nonprofit corporation operating a hospital in St. Louis, Missouri.

4. Defendant BJC Health System d/b/a BJC Healthcare owns, operates, or controls MBMC.

5. For all purposes relating to this litigation, Defendants were the joint "employers" of Plaintiff.

6. Plaintiff was an employee of BJC Healthcare at Missouri Baptist Medical Center in St. Louis, Missouri between May 5 and September 5, 2025.

7. Defendants employed Plaintiff as a nurse anesthetist.

8. Plaintiff is a black African from Kenya.

9. Plaintiff is an American citizen.

10. Plaintiff was initially hired on or about May 5, 2025 with a 90-day probationary period.

11. About one month after Plaintiff's employment began, Plaintiff was assigned Plaintiff a new manager.

12. On or about July 25, 2025 Plaintiff's new manager extended Plaintiff's probationary period to October 3, 2025.

13. Plaintiff was fulfilling all of her job duties.

14. Defendants had no legitimate reason to extend Plaintiff's probationary period.

15. Defendants extended Plaintiff's probationary period because of Plaintiff's race and national origin.

16. The reasons given for extending Plaintiff's probation were not true.

17. White and/or non-African employees who had committed the same acts as Plaintiff were not disciplined or discharged.

18. On or about September 3, 2025 Defendants terminated Plaintiff's employment.

19. Plaintiff was fully able to perform the essential functions of her job.

20. Plaintiff was performing her job duties to the same standard required of every other similarly-situated employee.

21. Plaintiff's employment was terminated due to Plaintiff's race and national origin.

22. Defendants knew that its actions were discriminatory and unlawful.

23. As a result of Defendants' actions Plaintiff has been damaged.

24. Plaintiff filed a charge of discrimination with the EEOC on January 15, 2026. A true and accurate copy is attached hereto as Exhibit 1 and is incorporated herein by reference.

25. On February 24, 2026 the EEOC issued Plaintiff notices of right to sue. True and accurate copies of said notices are attached hereto as Exhibits 2 and 3 and are incorporated herein by reference.

26. Plaintiff demands a trial by jury on all matters so triable.

WHEREFORE Plaintiff prays the Court for judgment against Defendants for Plaintiff's damages, including back and front pay, emotional distress, attorney fees, punitive damages, costs, and such other relief as is just and lawful.

LAMPERT LAW OFFICE, LLC

By:./s/ Raymond Lampert_____
    Raymond Lampert, #57567
    1531 E. Bradford Pkwy., Ste. 200
    Springfield, MO 65804
    Phone: (417) 886-3330
    Fax: (417) 886-8186
    ray@lampertlaw.net
    *Attorney for Plaintiff*